**George BRUTCHER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 94068.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 8, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 10, 2011.

Timothy Forneris, St. Louis, MO, for appellant.

Chris Koster, James Farnsworth, Jefferson City, MO, for respondent.

Before: ROY L. RICHTER, C.J., KENNETH M. ROMINES, J., and JOHN BERKEMEYER, Sp. J.

## ORDER

PER CURIAM.

George Brutcher (Brutcher) appeals the Judgment of the Circuit Court of Jefferson County, the Honorable M. Edward Williams, presiding. A jury convicted Brutcher of one count of Felonious Restraint, Section 565.120 [1]; one count of Resisting Arrest, Section 575.150; one count of Assault of a Law Enforcement Officer, Section 565.082, one count of Class A First–Degree Assault, Section 565.050; two counts of First–Degree Burglary, Section 569.160; five counts of Armed Criminal Action, Section 571.015; one count of Victim Tampering, Section 575.270; one count of Class B First–Degree Assault, Section 565.050; and one count of Unlawful Use of a Weapon, Section 571.030. The Court sentenced Brutcher to life plus 109 years incarceration.

On appeal, Brutcher argues that the motion court erred in denying his Rule 29.15 motion for post-conviction relief based on ineffective assistance of counsel. We have reviewed the briefs and the Record on Appeal, and find no error of law in this case. Thus, a written opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

AFFIRMED.

---

1. All statutory references are to RSMo (2004).